UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEBORAH CARR,

        Plaintiff,

-against-

NATIONAL CREDIT WORKS, INC.,

        Defendant.
-----------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**
11-CV-3864 (CBA) (MDG)

AMON, Chief United States District Judge:

This Court has received the Report and Recommendation ("R&R") of the Honorable Marilyn D. Go, United States Magistrate Judge, dated February 10, 2012, recommending that this action be dismissed without prejudice for failure to prosecute. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and, finding no clear error, adopts in full the recommendation contained in it.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to enter judgment and close the case.

SO ORDERED.

Dated:    Brooklyn, New York
        March 6, 2012

                                              s/CBA
                                        Carol Bagley Amon
                                        Chief United States District Judge