UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBORAH CARR,

                    Plaintiff,

    -against-

NATIONAL CREDIT WORKS, INC.,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
11-CV- 3864 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR - 8 2012

BROOKLYN OFFICE

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 7, 2012, adopting the unopposed Report and Recommendation of Magistrate Judge Marilyn D. Go, dated February 10, 2012; and dismissing the action without prejudice; it is

ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice.

Dated: Brooklyn, New York
       March 07, 2012

s/DCP

DOUGLAS C. PALMER
Clerk of Court